1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   UNITED STATES OF AMERICA, | CASE NO. 10CR4874-JAH |
| 12                    Plaintiff, | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| 13      vs. | |
|        ALEJANDRO GOMEZ-BARRERA, | |
| 14 | |
| 15                    Defendant. | |

16

17      Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the

18  Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held

19  by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED**.

20

Dated:   8/22/2012                    .

21

**NUNC PRO TUNC 12/15/2011**

22

23

_____

**HONORABLE BARBARA L. MAJOR**
**United States Magistrate Judge**

24

25

26

27

28

- 1 -                                                    CR